EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

JAMES E. GALLAGHER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone No. 257-2110, Ext. 262
Facsimile No. 257-1829
E-mail: james.e.gallagher@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00390 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR RECALL OF BENCH |
| vs. | ) | WARRANT |
| | ) | |
| LAURA S. GARRISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER FOR RECALL OF BENCH WARRANT

        The United States Attorney hereby requests all warrants

issued against, LAURA S. GARRISON, defendant herein, be recalled

and returned to the Clerk's Office as the issues involved in

those violations have become stale as the defendant has complied

her sentence.   The defendant is not in custody on the charges

listed above.

            DATED:   Honolulu, Hawaii, June 20, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                         By /s/ James E. Gallagher
                            JAMES E. GALLAGHER
                            Special Asst. U.S. Attorney

                         Attorneys for Plaintiff
                         UNITED STATES OF AMERICA


Leave of Court is granted for the filing of the foregoing recall



                              /s/ Barry M. Kurren
                              United States Magistrate Judge
                              Dated: June 21, 2006




United States v. LAURA S. GARRISON
CR. NO. 04-00390
ORDER FOR RECALL OF BENCH WARRANT

                              2